CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

FEB 17 2011

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SELENA S. DAWSON,<br>           *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>           *Defendant.* | CIVIL ACTION NO. 6:09-cv-57<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  I referred this case to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. In his report and recommendation, filed on January 27, 2011, Judge Urbanski recommends that Dawson's motion for summary judgment be denied, the Commissioner's motion for summary judgment be granted, and the Commissioner's final decision be affirmed. As Dawson has not timely filed any objections to the report and recommendation, and in consideration of the record, it is ORDERED that the report and recommendation (docket no. 23) be ADOPTED in its entirely, that Dawson's motion be DENIED (docket no. 14), that the Commissioner's motion be GRANTED (docket no. 19), and the Commissioner's final decision be AFFIRMED.

  The Clerk of the Court is directed to send a certified copy of this order to all counsel of record.

  Entered this 17th day of February, 2011.

                  /s/ Norman K. Moon
                  NORMAN K. MOON
                  UNITED STATES DISTRICT JUDGE